case presents no exceptions worthy of serious consideration, and, although the damages are large, we cannot, in view of the fact that two juries have reached substantially the same conclusion, and of the practical affirmance upon the former appeal, consent to a modification of the judgment. The judgment and order appealed from should be affirmed, with costs.

WATKINS, Respondent, v. PETERS, Appellant. (City Court of New York, General Term. December 27, 1898.) Action by Benjamin F. Watkins against Augustus W. Peters. Charles W. Ridgway, for appellant. Robert L. Harrison, for respondent.

PER CURIAM. Order appealed from affirmed, with costs. See 48 N. Y. Supp. 8.

WENDT et al., Respondents, v. MEGOWAN, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Frederick B. Wendt and others against Robert Megowan. Edward J. McGanney, for appellant. C. G. F. Wahle, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on authority of Mayer v. Mayer, 29 App. Div. 393, 51 N. Y. Supp. 1079.

WESTERN UNION TEL. CO., Respondent, v. SYRACUSE ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the Western Union Telegraph Company against the Syracuse Electric Light & Power Company. No opinion. Order modified by permitting the defendant to use its subway on filing a bond of indemnity to the plaintiff conditioned for the payment of all loss and damage, to be approved by a justice of this court, in the penalty of $5,000, and without prejudice to the plaintiff's right to renew the motion when defendant's answer is served. See 53 N. Y. Supp. 690.

WHEELER, Appellant, v. PRESTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Albert J. Wheeler against William G. Preston and others. No opinion. Order reversed, except as to Gertrude E. Lee, and the motion granted upon the following conditions: That the premises in question shall be resold by the same referee upon the usual notice, and that the plaintiff shall stipulate to bid upon such resale the same sum at which the premises were sold upon a former sale, and pay all the costs and expenses of such resale, together with $10 costs and disbursements of this appeal, and $10 costs of the motion. It is further ordered that the plaintiff have leave to amend his complaint by demanding judgment for deficiency against the executors of Charles C. Good, deceased, and that the said executors and the defendant Preston have leave to answer said amended complaint, and that as to the defendant Gertrude E. Lee the order appealed from is affirmed.

WHITE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Ella Roda White, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant, with costs.

WILCOX, Respondent, v. OAK ORCHARD ON THE LAKE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Eugene W. Wilcox against the Oak Orchard on the Lake Company. No opinion. Judgment affirmed, with costs.

WRIGHT et al., Appellants, v. MEEKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by John C. Wright and others against Caroline H. Meeker and others. No opinion. Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with leave to the defendant to answer upon payment of the costs of the demurrer and of this appeal.

In re YORK. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) In the matter of the application of Ervine D. York for admission to the bar. No opinion. Application granted. See 54 N. Y. Supp. 1119.

YOUNG, Appellant, v. LYNCH, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Charles W. Young against Theresa Lynch. H. W. Jessup, for appellant. A. Kling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

END OF CASES IN VOL. 55.

*